# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JOSE M. FELICIANO, | : | No. 73 MAP 2016 |
| | : | |
| Appellant | : | |
| | : | Appeal from the Order of |
| | : | Commonwealth Court dated 5-17-2016, |
| v. | : | exited 5-18-2016, at No. 406 MD 2015. |
| | : | |
| | : | |
| DORINA VARNER, CHIEF GRIEVANCE | : | |
| OFFICER, PA. DEPT. OF CORR., | : | |
| RHONDA HOUSE, SCI-FAYETTE, | : | |
| GRIEVANCE COORDINATOR, BRIAN V. | : | |
| COLEMAN, SUPERINTENDENT SCI- | : | |
| FAYETTE, AND HON. KATHLEEN KANE, | : | |
| ATTORNEY GENERAL, COMM. OF PA., | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**                                          **DECIDED:  March 28, 2017**

   **AND NOW**, this 28th day of March, 2017, the Order of the Commonwealth Court is hereby **AFFIRMED.**